UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DONALD SANCHEZ,         )<br>                         )<br>         Petitioner,   ) Case No.  CV 14-6674-SVW(AJW)<br>                         )<br>v.                       )<br>                         )<br>LYDIA ROMERO, WARDEN,    ) JUDGMENT<br>                         )<br>         Respondent.     )<br>_____) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: September 3, 2014

_____
Stephen V. Wilson
United States District Judge